IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------  X
:
:   Miscellaneous Case No. _____
:
:   **Underlying Litigation:**
**IN RE NICHOLAS SCHMIDLE,**   :   *Hood v. City of Chicago, et al.,*
:   **Case No. 16-cv-1970**
Non-Party Movant   :
:   **United District Court for the**
:   **Northern District of Illinois**
:
----------------------------------------  X

## NON-PARTY NICHOLAS SCHMIDLE'S MOTION
## TO QUASH SUBPOENAS OR FOR A PROTECTIVE ORDER

Non-party Nicholas Schmidle, through undersigned counsel, moves this Court pursuant to Federal Rules of Civil Procedure 26(d) and 45(c) to quash two deposition subpoenas issued by Defendants in *Tyrone Hood v. City of Chicago, et. al.*, No. 16-cv-1970 (N.D. Ill. filed Feb. 2, 2016), or in the alternative, for a protective order. The motion should be granted, and the subpoenas quashed, because the subpoenas were either facially deficient or were not properly served, impose an undue burden on Mr. Schmidle, and would require disclosure of privileged material, as set forth more fully in the accompanying Memorandum of Law.

Pursuant to Local Rule 7(m), undersigned counsel conferred by telephone on July 3, 2019 with counsel for Defendants regarding this motion. This motion is opposed.

Respectfully submitted,

BALLARD SPAHR LLP

_____
Chad R. Bowman (D.C. Bar No. 484150)
Mara J. Gassmann (D.C. Bar No. 1014532)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
gassmannm@ballardspahr.com

*Counsel for Nicholas Schmidle*

Date: July 19, 2019

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused movant's MOTION TO QUASH OR FOR PROTECTIVE ORDER to be filed and served electronically via the Court's ECF System upon counsel of record. In addition, I served by electronic mail and First Class mail the following:

Heather Lewis Donnell
Arthur R. Loevy
Jonathan I. Loevy
Gayle M. Horn
Katherine A Roche
Roshna Bala Keen
Scott Robert Drury
Scott R. Rauscher
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
heather@loevy.com
arthur@loevy.com
gayle@loevy.com
jon@loevy.com
katie@loevy.com
roshna@loevy.com
drury@loevy.com
scott@loevy.com

James Gus Sotos
David Andrew Brueggen
George John Yamin , Jr.
Jeffrey Neil Given
Joseph M. Polick
Sara J Schroeder
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. #1240A
Chicago, IL 60604
(630) 735-3300
jsotos@jsotoslaw.com
dbrueggen@jsotoslaw.com
gyamin@jsotoslaw.com
jgiven@jsotoslaw.com
jpolick@jsotoslaw.com
sschroeder@jsotoslaw.com

Eileen Ellen Rosen
Austin Gordon Rahe
Catherine Macneil Barber
James Bryan Novy
Patrick R. Moran
Stacy Ann Benjamin
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60654
(312) 474-1000
erosen@rfclaw.com
arahe@rfclaw.com
cbarber@rockfuscoconnelly.com
jnovy@rfclaw.com
pmoran@rfclaw.com
sbenjamin@rfclaw.com
tcarney@rfclaw.com

Steven Allen Greenberg
Steven A. Greenberg, Ltd.
53 W. Jackson, Suite 1260
Chicago, IL 60604
312 879 9500
steve@greenbergcd.com

Emma Dorothy Steimel
Illinois Attorney General
100 W. Randolph, 13th Floor
Chicago, IL 60601
(312) 814-2035
esteimel@atg.state.il.us

Steven Fine
Law Office of Steven Fine
53 West Jackson, Suite 1263
Chicago, IL 60604
(312) 436-0638
sfinelaw@hotmail.com

Dated: July 19, 2019

_____
Chad R. Bowman